UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,   CASE NO. 1:24-cr-118

v.

                                 HON. ROBERT J. JONKER

DAVID MARK BARTELS,

        Defendant.
_____/

## **ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

Before the Court is the defendant's motion for ends of justice continuance of the final pretrial presently scheduled for October 28, 2024 and trial scheduled for November 12, 2024. (ECF No. 13).  The basis of the defendant's motion is that additional time is necessary in order to continue investigating the matter and reviewing discovery.  Counsel for the government does not object to the request.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered.  The final pretrial conference is rescheduled to **January 30, 2025 at 3:00 p.m**.  All motions shall be filed on or before **December 31, 2024**.  Jury trial is rescheduled to **February 11, 2025 at 8:30 a.m**.

Dated:   October 3, 2024          /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE